UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL B. RED FEATHER,<br><br>Defendant. | 5:23-CR-50016-KES<br><br>ORDER ADOPTING<br>REPORT & RECOMMENDATION |

On February 9, 2024, defendant, Samuel Red Feather, appeared before Magistrate Judge Danetta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea to the Indictment. The Indictment charges Red Feather with Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, and 841(b)(1)(C). The parties waived any objection to the report and recommendation. Upon review of the record, it is

ORDERED that the report and recommendation (Docket 44) is adopted. The defendant is adjudged guilty of Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, and 841(b)(1)(C).

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on May 14, 2024, at 9:00 a.m. in Rapid City Courtroom 2.

Dated February 9, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE